UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR19-200-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING MOTION TO |
| | ) | REOPEN DETENTION ORDER |
| THOMAS DAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant is charged by Indictment with one count of Sexual Abuse of a Minor, alleged to have occurred on the Swinomish Indian Reservation (Dkt.12.)

Defendant made his initial appearance on this charge on October 19, 2019. (Dkt. 4.) Counsel was appointed, and defendant was advised of the charges and possible penalties. The government moved to detain defendant, and a detention hearing was conducted, following which defendant was ordered detained pending trial. (Dkt. 9, 10.) The Court concluded that defendant posed a risk of nonappearance and a risk of danger, and that there did not appear to be any conditions of release that could reasonably address those risks.

Defendant bases his request to reopen the hearing on 18 U.S.C. §3142(f)(2) and

3142(i). Section 3142(f)(2) provides that a detention hearing may be reopened "if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." *Id.* Section 3142 "allows for temporary release of a person in custody "if the judicial officer determines such release to be necessary for preparation of the person's defense or for another compelling reason." The motion has been referred to the undersigned by Chief Judge Martinez for decision. The Court finds this motion appropriate for resolution without oral argument or an evidentiary hearing.

The Court finds that the proffered reasons for reopening the detention order do not satisfy the requirements of 18 U. S. C. § 3142(f)(2)(B), and do not weigh materially in favor of release. Nor has defendant established the necessity of temporary release for preparation of his defense or for any other compelling reason. Defendant points to the health issues caused by the COVID-19 virus and further argues the related lockdown at the Federal Detention Center prevents him from meeting with an expert for a six-hour expert evaluation and assessment related to the presentation of his case. The government, however, proffers a statement from a supervisory attorney for the FDC that the request for the in-person evaluation has been tentatively approved, subject to receipt and review of a written request from defense counsel and health screening of the expert. The government described in detail the preventative measures taken at the FDC to limit exposure to the virus and to protect the health of inmates, staff, and the public, including screening of all persons entering the facility, quarantine measures, and minimization of in-person contact. (Dkt. 25.) Defendant does not establish that

he presents any special risk factors in connection with the virus, nor does he show that release to the community at large would be a safer alternative.

Furthermore, the release conditions proposed by defendant do not reasonably address the risk of nonappearance and risk of danger previously found by the Court. Defendant has a history of disregarding tribal protection orders, allegedly continuing to maintain a sexual relationship with the minor victim, including alleged activity at the residence to which he now seeks release. With the state-wide restrictions imposed by the COVID-19 pandemic, community supervision is particularly reliant on a defendant's willingness to abide by conditions of release. Defendant has not shown that he can be relied on to abide by those conditions.

For the reasons stated, defendant's motion to reopen the detention hearing is DENIED.

DATED this 12th day of June, 2020.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING MOTION TO
REVIEW DETENTION ORDER
PAGE -3