THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-200-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE GUILTY PLEA HEARING VIA VIDEOCONFERENCE |
| THOMAS DAY, | |
| Defendant. | |

THE COURT has considered the unopposed motion of the parties to proceed forward with a guilty plea hearing via videoconference and finds that:

    (a) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A plea hearing in this case cannot be delayed without serious harm to the interests of justice; and

    (b) Mr. Day would like to plead guilty and resolve the case in a timely fashion; and

    (c) Mr. Day wishes to enter a plea as soon as possible in light of anticipated delay associated with the COVID pandemic and a desire to alleviate presumptive backlogged court calendars following the COVID recovery process. Mr.

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE GUILTY PLEA HEARING
VIA VIDEOCONFERENCE   - 1
*US v. Thomas Day;* CR19-200RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  Day believes that the Court may not be as able to accommodate a timely resolution of
2  his case in the future as more cases are delayed; and
3      (d) a videoconference guilty plea hearing would avoid further delays in the
4  ultimate sentencing in this case, which would cause "serious harm to the interests of
5  justice." See General Order No. 04-20 (3/30/20).
6      IT IS THEREFORE ORDERED that this matter should be set for a guilty plea
7  hearing via videoconference as soon as possible.
8      DONE this 30th day of November, 2020.

                              RICARDO S. MARTINEZ
                              CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Gregory Geist*
Assistant Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE GUILTY PLEA HEARING
VIA VIDEOCONFERENCE   - 2
*US v. Thomas Day;* CR19-200RSM

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100