THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-200-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RELEASE FROM CUSTODY |
| THOMAS DAY, | |
| Defendant. | |

THE COURT has considered the Defendant's motion for temporary release from custody to attend funeral services.

THE COURT GRANTS the motion pursuant to 18 U.S.C. § 3145(b) and (c) or 18 U.S.C. 3142(i), and 28 C.F.R. 570.33(b) and 18 U.S.C. § 3622 and sets the following conditions of release:

1. The defendant shall be released from the Federal Detention Center-SeaTac no later than 6:00 a.m. on Saturday, January 30, 2021;

2. Release on third-party custody to: Ted Donato

3. The defendant shall be tested for COVID-19 prior to release from custody. Should he test positive for COVID-19, the following provision for location monitoring shall not apply.

4. If the defendant tests negative for COVID-19, the defendant shall comply with Stand Alone Monitoring component of Location Monitoring Program. The defendant shall be monitored by Active Global Positioning Satellite technology

ORDER FOR TEMPORARY
RELEASE FROM CUSTODY
(*USA v. Day* / CR19-200RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

which shall be utilized for purposes of verifying compliance with any court-imposed condition of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

5. During his temporary release, the defendant shall be allowed to attend his grandmother's funeral at Kern Funeral Home, Cedar Hat Pavilion, and Swinomish Indian Cemetery. He shall either be in transit to or from the funeral services, and at all times be in the company of Ted Donato.

6. The defendant shall self-surrender himself to the Federal Detention Center-SeaTac no later than 5:00 p.m. on Saturday, January 30, 2021.

7. The defendant shall be subject to the Federal Detention Center's policies regarding a return from this temporary release.

DONE this 29th day of January, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Thomas Day

ORDER FOR TEMPORARY
RELEASE FROM CUSTODY
(*USA v. Day* / CR19-200RSM) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100