THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-200-RSM |
| Plaintiff, | |
| v. | ORDER TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |
| THOMAS DAY, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of the defendant, Thomas Day, to file his sentencing memorandum and exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file these documents under seal.

IT IS ORDERED that Thomas Day's sentencing memorandum and exhibits be filed under seal.

DONE this 19th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Thomas Day

ORDER TO SEAL DEFENDANT'S
SENTENCING MEMORANDUM
(US v. Thomas Day; CR19-200RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100