THE HONORABLE RICARDO S. MARTINEZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | No. CR19-200-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO SCHEDULE DEFENDANT'S SENTENCING HEARING BY VIDEOCONFERENCE |
| THOMAS DAY, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion of the parties to proceed forward with a sentencing hearing, by videoconference, for March 25, 2021, for the following reasons:

(a) Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." A sentencing hearing in this case cannot be delayed without serious harm to the interests of justice; and

(b) Mr. Day would like his sentencing hearing held as soon as possible and resolve the case in a timely fashion; and

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE SENTENCING HEARING
BY VIDEOCONFERENCE   - 1
*(US v. Thomas Day;* CR19-200RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

       (c) Mr. Day wishes to have his sentencing hearing held as soon as possible in light of anticipated delay associated with the COVID pandemic and a desire to alleviate presumptive backlogged court calendars following the COVID recovery process. Mr. Day believes that the Court may not be as able to accommodate a timely resolution of his case in the future as more cases are delayed; and

       (d) a videoconference sentencing hearing would avoid further delays in the ultimate sentencing in this case, which would cause "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20).

IT IS THEREFORE ORDERED that this matter should be set for a sentencing hearing by videoconference on March 25, 2021.

DONE this 22nd day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Gregory Geist*
Assistant Federal Public Defender
Attorney for Thomas Day

ORDER GRANTING UNOPPOSED MOTION
TO SCHEDULE SENTENCING HEARING
BY VIDEOCONFERENCE   - 2
*(US v. Thomas Day;* CR19-200RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100