THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THOMAS DAY, ) <br> ) <br> Defendant. ) <br> ) | No. CR 19-200-RSM <br><br> ORDER TO SEAL SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM |

THIS MATTER has come before the undersigned on the motion of the defendant, Thomas Day, to file a supplement to his sentencing memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file this document under seal.

IT IS ORDERED that the supplement to Thomas Day's sentencing memorandum be filed under seal.

DONE this 25th day of March, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Thomas Day

ORDER TO SEAL DEFENDANT'S
SUPPLEMENT TO HIS SENTENCING
MEMORANDUM
(US v. Thomas Day; CR19-200RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100